# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BRANDON DARNELL MOORE,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | )  CIVIL ACTION 21-334-CG-MU |
| | )  CRIM. ACTION 18-252-CG |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Respondent. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and General Local Rule 72(a)(2)(R), and dated November 19, 2021 (Doc. 100) is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that Brandon Darnell Moore's § 2255 motion is **DENIED**. It is further **ORDERED** that Petitioner is not entitled to a certificate of appealability and, therefore, it not entitled to appeal in forma pauperis on appeal.

**DONE and ORDERED** this 19th day of January, 2022.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE