# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **BRANDON DARNELL MOORE,** | ) |
| Petitioner, | ) ) ) |
| vs. | ) CIVIL ACTION 21-334-CG-MU ) CRIM. ACTION 18-252-CG |
| **UNITED STATES OF AMERICA,** | ) ) |
| Respondent. | ) |

## JUDGMENT

In accordance with the Order entered this date it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** is entered in favor of Respondent United States of America and against Petitioner Brandon Darnell Moore, and that Petitioner Moore is not entitled to the issuance of a certificate of appealability or to proceed *in forma pauperis* on appeal.

**DONE and ORDERED** this 19th day of January, 2022.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE